IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORHTERN DIVISION

DOUGLAS W. SMITH                                              PLAINTIFF

v.                       No. 1:15-cv-42-DPM

SOCIAL SECURITY ADMINISTRATION,
Carolyn Colvin, Commissioner                                  DEFENDANT

ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The complaint, № 2, will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 January 2016