IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DOUGLAS W. SMITH                                                          PLAINTIFF

v.                              No. 1:15-cv-42-DPM

SOCIAL SECURITY ADMINISTRATION,
Carolyn Colvin, Commissioner                                           DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 January 2016